# **COMPLAINT**

Exhibit 1

United States Design Patent No. D890,574

US00D890574S

## (12) United States Design Patent
### Plott et al.

(10) Patent No.: **US D890,574 S**
(45) Date of Patent: ** Jul. 21, 2020

(54) **BEVERAGE CONTAINER INSERT**

(71) Applicant: **Flipsi, Ltd.**, Clay, MI (US)

(72) Inventors: **Jeffrey S. Plott**, Clay, MI (US); **Christopher J. Plott**, Dexter, MI (US)

(73) Assignee: **FLIPSI, LTD.**, Clay, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/692,599**

(22) Filed: **May 28, 2019**

### Related U.S. Application Data

(60) Continuation of application No. 29/639,041, filed on Mar. 2, 2018, which is a division of application No. 29/594,428, filed on Feb. 17, 2017, now Pat. No. Des. 811,814, which is a division of application No. 29/538,499, filed on Sep. 3, 2015, now Pat. No. Des. 779,882.

(51) **LOC (12) Cl.** ............................................... 07-01
(52) **U.S. Cl.**
       USPC ............................................ **D7/523**; D7/532
(58) **Field of Classification Search**
       USPC ........ D7/509, 510, 511, 523, 529, 532, 530, D7/531, 533, 536, 318, 319, 507, 524, D7/392.1, 396.2, 300.2; D9/503, 504, D9/440, 449, 450, 609, 601, 435, 436, D9/684, 688, 728, 686, 443, 439, 424, D9/425; D3/202; D34/1; D19/85
       CPC ............... A47G 19/22; A47G 19/2288; A47G 19/2205; A47G 19/2272; B65D 1/265; A47J 41/0077; A47J 41/0088; A47J 41/028
       See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,071,399 A | | 2/1937 | Gambell |
| D140,658 S | | 3/1945 | Erbe |
| 3,760,972 A | | 9/1973 | McKirnan |
| 3,784,052 A | * | 1/1974 | Edwards ................ B65D 1/265 |
| | | | 206/520 |
| 3,854,583 A | * | 12/1974 | Amberg ................ B29C 61/025 |
| | | | 206/520 |
| D260,078 S | | 8/1981 | Casoni |
| D288,515 S | * | 3/1987 | Rimmeir ........................ D7/584 |
| D302,403 S | | 7/1989 | Heras |
| D304,988 S | | 12/1989 | Omile |
| D305,470 S | * | 1/1990 | Yoshikawa .................... D3/314 |
| D312,968 S | | 12/1990 | Wolff |
| D328,429 S | | 8/1992 | Ben-Uri |

(Continued)

OTHER PUBLICATIONS

https://youtu.be/MLIbO-eHQyQ ShakeSphere (Year: 2018).*

*Primary Examiner* — Jae Liang
(74) *Attorney, Agent, or Firm* — Foley & Lardner LLP

(57) **CLAIM**

We claim the ornamental design for a beverage container insert, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front, right perspective view of a beverage container insert showing our new design;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a right side elevation view thereof;
FIG. **5** is a left side elevation view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The ornamental design which is claimed is shown in solid lines in the drawings. The broken lines in the drawings form no part of the claimed design. Broken lines formed by equal length dashes show unclaimed subject matter. Broken lines formed of unequal length dashes (i.e., dash-dot) define bounds of the claimed design.

**1 Claim, 7 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D345,716 S * | 4/1994 | Kwiatkowski | D11/131.1 |
| D362,998 S | 10/1995 | Muller | |
| D364,358 S | 11/1995 | Bransky | |
| D371,963 S | 7/1996 | Ahern, Jr. | |
| D379,429 S | 5/1997 | Weiss | |
| D399,453 S * | 10/1998 | Durbin | D11/152 |
| D419,370 S | 1/2000 | Busick | |
| 6,053,363 A | 4/2000 | Revenu | |
| D436,038 S | 1/2001 | Ruiz De Gopegui | |
| 6,332,704 B1 | 12/2001 | Gasser | |
| 6,543,637 B1 | 4/2003 | Osborn | |
| D475,243 S * | 6/2003 | Trazzi | D7/523 |
| D477,184 S | 7/2003 | Latapi | |
| 6,644,846 B2 | 11/2003 | Willat | |
| D490,582 S * | 5/2004 | Dretzka | D34/1 |
| D501,361 S | 2/2005 | Tollman | |
| D508,187 S | 8/2005 | Dais | |
| D511,458 S | 11/2005 | Dunwoody | |
| D512,631 S * | 12/2005 | Lhoste | D7/545 |
| D528,863 S | 9/2006 | Hayes | |
| D532,689 S * | 11/2006 | Rotta | D9/611 |
| D535,520 S | 1/2007 | Cundieff | |
| D537,882 S * | 3/2007 | McKnight | D19/85 |
| D538,939 S | 3/2007 | Conaway | |
| D545,674 S * | 7/2007 | Miselli | D9/500 |
| D547,606 S | 7/2007 | Forsman | |
| D547,653 S | 7/2007 | Wong | |
| D548,587 S | 8/2007 | Duval | |
| D552,422 S | 10/2007 | Dretzka | |
| D556,568 S | 12/2007 | Duval | |
| D559,493 S * | 1/2008 | Dretzka | D19/85 |
| D572,130 S | 7/2008 | Campbell | |
| D577,260 S * | 9/2008 | Bodum | D7/509 |
| D581,737 S | 12/2008 | Starck | |
| D582,724 S | 12/2008 | Dretzka | |
| D595,982 S | 7/2009 | Krus | |
| D596,034 S | 7/2009 | Rauschert | |
| D601,429 S | 10/2009 | Handy | |
| D602,739 S | 10/2009 | Fairfield | |
| D607,727 S * | 1/2010 | Takata | D9/428 |
| D608,589 S | 1/2010 | Ingman | |
| D610,873 S * | 3/2010 | Wingfield | D7/505 |
| D615,356 S | 5/2010 | Hillebrenner | |
| D620,791 S | 8/2010 | Grajcar | |
| D622,548 S * | 8/2010 | Jensen | D7/509 |
| D625,562 S | 10/2010 | McClellan | |
| D634,165 S | 3/2011 | Yang | |
| D635,823 S | 4/2011 | Mauffette | |
| D644,334 S | 8/2011 | Py | |
| D648,185 S | 11/2011 | Sanders | |
| D651,513 S | 1/2012 | Baker | |
| D655,618 S | 3/2012 | Oates | |
| D656,697 S * | 3/2012 | McNeil | D32/53 |
| D663,038 S | 7/2012 | Enghard | |
| 8,215,601 B2 | 7/2012 | Downs | |
| D669,353 S | 10/2012 | Cohen | |
| D669,751 S | 10/2012 | Kent | |
| D674,276 S | 1/2013 | Cohen | |
| D686,041 S | 7/2013 | Sanders | |
| D686,740 S | 7/2013 | Boonprasop | |
| D690,169 S * | 9/2013 | Zorovich | D7/672 |
| D692,765 S | 11/2013 | Oates | |
| D692,766 S | 11/2013 | Oates | |
| D698,090 S | 1/2014 | Smith | |
| D699,996 S | 2/2014 | De Loe | |
| D719,829 S * | 12/2014 | Ferber | D9/503 |
| D722,829 S * | 2/2015 | Valderrama | D7/523 |
| D724,906 S | 3/2015 | Kent | |
| D727,090 S | 4/2015 | St. Jacques | |
| D730,694 S | 6/2015 | Elsaden | |
| D732,895 S * | 6/2015 | McClellan | D7/529 |
| 9,049,951 B2 | 6/2015 | Keys | |
| D740,072 S | 10/2015 | Eyal | |
| D740,073 S * | 10/2015 | Zorovich | D7/507 |
| D740,610 S | 10/2015 | Eyal | |
| D753,482 S | 4/2016 | Serrano | |
| D755,016 S | 5/2016 | Vaderrama | |
| D756,771 S * | 5/2016 | Covey | D7/400 |
| D760,541 S | 7/2016 | Kane | |
| D764,231 S | 8/2016 | Szymanski | |
| D767,331 S | 9/2016 | Burrows | |
| D769,370 S | 10/2016 | Moeck | |
| D771,434 S | 11/2016 | Burrows | |
| D771,525 S | 11/2016 | Kim | |
| D772,013 S * | 11/2016 | O'Connor | D7/509 |
| D777,519 S * | 1/2017 | Levy | D7/509 |
| D779,875 S | 2/2017 | Gross | |
| D779,882 S | 2/2017 | Plott | |
| D781,653 S * | 3/2017 | Matthis | D7/300.2 |
| D789,157 S | 6/2017 | Esposito | |
| D791,534 S * | 7/2017 | Bueno | D7/400 |
| D811,814 S | 3/2018 | Plott | |
| 9,950,731 B2 | 4/2018 | Kim | |
| D826,372 S | 8/2018 | Shores | |
| D829,508 S | 10/2018 | Bergstrom | |
| D835,510 S * | 12/2018 | Arora | D9/505 |
| D836,985 S | 1/2019 | Otto | |
| D873,076 S * | 1/2020 | Pan | D7/523 |
| D873,077 S * | 1/2020 | Pan | D7/523 |
| 2004/0262321 A1 * | 12/2004 | Takeda | B29B 11/08 220/675 |
| 2008/0190948 A1 | 8/2008 | Sayasithsena | |
| 2014/0305943 A1 | 10/2014 | Plott | |

* cited by examiner

U.S. Patent  Jul. 21, 2020  Sheet 1 of 7  US D890,574 S



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

**U.S. Patent**  Jul. 21, 2020  Sheet 6 of 7  **US D890,574 S**



FIG. 6



FIG. 7