# **COMPLAINT**

Exhibit 3

Infringing TOMY Bottle Inserts

## TOMY Model # B11230



# TOMY Model # B11231



## TOMY Model # B11347



## TOMY Model # B11346



## TOMY Model # B11227



# TOMY Model # B11228



# TOMY Model # B11229



## TOMY Model # B11343



# TOMY Model # B11224



## TOMY Model # B11225



## TOMY Model # B11226



# TOMY Model # B11341



# TOMY Model # B11522



# TOMY Model # B11526



# TOMY Model # B11557



## TOMY Model # B11330

