# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FLIPSI, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOMY INTERNATIONAL, INC., ) <br> ) <br> Defendant. ) | Case No. 23-cv-00745 <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANT TOMY INTERNATIONAL, INC'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant TOMY International, Inc., by its attorneys Joseph Kuo and Bethany Beaver of Saul Ewing LLP, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, moves for partial summary judgment in its favor and against Plaintiff on Plaintiff's Second Amended Complaint. In support of its motion, Defendant respectfully submits an accompanying Memorandum and a Local Rule 56.1 Statement of Facts, which are incorporated herein by reference.

WHEREFORE, Defendant TOMY International, Inc. prays that this Court grant summary judgment in its favor and against Plaintiff, and grant Defendant such other and further relief as this Court deems equitable and just.

52695475.1

Dated: July 25, 2024               Respectfully Submitted,

                                                         */s/ Joseph M. Kuo*
                                                        Joseph M. Kuo (Bar ID 6216400)
                                                        Bethany Beaver (Bar ID 6335548)
                                                        SAUL EWING, LLP
                                                        161 N. Clark Street, Suite 4200
                                                        Chicago, Illinois 60601
                                                        (312) 876-7100
                                                        (312) 876-0288
                                                        joseph.kuo@saul.com
                                                        bethany.beaver@saul.com

                                                        *Attorneys for Defendant*
                                                        *TOMY International, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I have served the attached document by causing it to be delivery by electronic means to the parties of record through the ECF filing system on this 25th day of July 2024.

                                                               */s/ Joseph M. Kuo*

52695475.1